This is to advise that on July 14, 2010

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 10-78

In action

Ct. No. 09-00010

MTZ Polyfilms, Ltd.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Dupont Teijin Films USA, LP,
Mitsubishi Polyester Film of America, LLC,
SKC, Inc., and Toray Plastics (America), Inc.
(Defendant-Intervenors.)